United States Bankruptcy Court
Northern District of Illinois
Eastern


IN RE:                                          Case No. 18-34556

    Andzelika Starzec




    Debtor(s)


    In accordance with Federal Rule of Bankruptcy Procedure 3004, you are notified that the
Debtor   has submitted a Proof of Claim for you in the amount of $ 13794.82  , Claim# 27  ■.


Claimant

| | |
|---|---|
| Name | Patricia and Emilio Rodriguez |
| Address | 2505 S. 58th Ave. |
| City, State Zip | Cicero, IL 60804 |


Date: 4/3/2019


                        Jeffrey P. Allsteadt, Clerk




                      Ms. Molina
                      Deputy Clerk


Updated 5/18/18 SO

United States Bankruptcy Court
Northern District of Illinois
Eastern

IN RE:                                                    Case No. 18-34556

Andzelika Starzec

            Debtor(s)


Certificate of Mailing

The undersigned deputy clerk of the United States Bankruptcy Court for this district hereby certifies that a copy of the attached document was mailed on the date entered below to the parties listed.


Creditor Name & Address:

Patricia and Emilio Rodriguez
2505 S. 58th Ave.
Cicero, IL 60804


Debtor Name & Address:

Andzelika Starzec
4417 N. Sayre Ave.
Harwood Heights, IL 60706



The following parties received electronic notification

Attorney for Debtor Name:

David M Siegel


Trustee Name:

Marilyn O Marshall



Date:   4/3/2019                              Ms. Molina
                                              ——————Deputy Clerk——————